DJS:m:06/26/14:6954.01

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-16911 |
| | ) | JUDGE MORGENSTERN-CLARREN |
| KIMBERLY A. STORMS | ) | |
| | ) | **AMENDED OBJECTION TO CLAIM OF** |
| | ) | **VM TRUST SERIES 1** |
| Debtor | ) | |

Now comes the Debtor, Kimberly A. Storms, by and through her attorney, and objects to the claim filed by VM Trust Series 1 (Claim 4) for the reason that it contains items that are not properly includable in its claim. These items total $2,439.00 and reduce the claimed arrearage to $16,418.32 and the total claim to $135,814.46.

    /s/ David J. Sternberg_____
DAVID J. STERNBERG (0005579)
STERNBERG & ZEID CO., L.P.A.
Attorney for Debtor
7547 Mentor Ave., #301
Mentor, OH 44060
Phone: (440) 942-6267
Facsimile: (440) 942-6504
sternbergzeid@ameritech.net

**CERTIFICATE OF SERVICE**

A copy of the foregoing Amended Objection to Claim Filed by Resurgent Capital Services was sent on this _26_ day of June, 2014, via the Court's electronic case filing system upon the following:

Craig Shopneck, Chapter 13 Trustee, at Ch13shopneck@ch13cleve.com

VM Trust Series 1, c/o Michelle Mastandrea, Secured Bankruptcy Specialist, Resurgent Capital Services, at mmastandrea@resurgent.com

1

and by regular United States mail, postage prepaid, to:

VM Trust Series 1
c/o Resurgent Capital Services
PO Box 10675
Greenville, SC  29603-0675

Kimberly Storms
6467 Clearair Dr.
Mentor, OH  44060

    /s/ David J. Sternberg
DAVID J. STERNBERG (0005579)
STERNBERG & ZEID CO., L.P.A.
Attorney for Debtor