DJS:m:10/30/14:6954.01

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-16911 |
| | ) | Chapter 13 |
| KIMBERLY A. STORMS | ) | |
| | ) | JUDGE MORGENSTERN-CLARREN |
| Debtor | ) | |

### NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS

Now comes the Debtor, Kimberly A. Storms, by and through her attorney, David J. Sternberg, and hereby withdraws her Motion for Sanctions for Violation of Automatic Stay (Doc. 66) filed against Citizens Financial Services, Inc., on September 30, 2014, with prejudice, for the reason that the matter was settled between the parties.

   /s/ David J. Sternberg
DAVID J. STERNBERG (0005579)
STERNBERG & ZEID CO., L.P.A.
Attorney for Debtor
7547 Mentor Avenue, #301
Mentor, Ohio 44060-5466
Phone: (440) 942-6267
Facsimile: (440) 942-6504

### PROOF OF SERVICE

A copy of the foregoing Notice of Withdrawal of Motion Motion for Sanctions for Violation of Automatic Stay was sent on this _30_ day of October, 2014, electronically via the Court's Electronic Case Filing System on the following who are listed on the Court's Electronic Mail Notice List:

Craig Shopneck, Chapter 13 Trustee, at cshopneck13@epiqsystems.com
U.S. Trustee's Office at ustpregion09.cl.ecf@usdoj.gov

and by certified United States mail, return receipt requested, postage prepaid, to:

Citizens Financial Services, Inc.
Vincent J. Delie, Jr.
President & Chief Executive Officer
F.N.B. Coporation
One North Shore Center
Pittsburgh, PA  15212

Citizens Financial Services, Inc.
F.N.B. Corporation
9415 Mentor Ave.
Mentor, OH  44060

Regency Finance Company,
dba Citizens Financial Services, Inc,
a Subsidiary of F.N.B. Corporation
One North Shore Center
Pittsburgh, PA  15212

  /s/ David J. Sternberg_____
DAVID J. STERNBERG (0005579)
STERNBERG & ZEID CO., L.P.A.
Attorney for Debtor